AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala.R.App. P.; Ala. Code 1975, § 25-5-81(c)(2); Ex parte Keao,900 So.2d 442 (Ala. 2004); Liberty Nat'l Life Ins. Co. v.Daugherty, 840 So.2d 152, 161 (Ala. 2002); Ex parteStaggs, 825 So.2d 820, 822 n. 1 (Ala. 2001); Ex parteGolden Poultry Co., 772 So.2d 1175, 1176 (Ala. 2000);Ex parte Trinity Indus., Inc., 680 So.2d 262, 268
(Ala. 1996); and Newman v. State, 623 So.2d 1171, 1172
(Ala.Civ.App. 1993).
THOMPSON, P.J., and BRYAN and THOMAS, JJ., concur.
 MOORE, J., concurs specially. *Page 788